UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NOE ORTEGA PEREZ,<br><br>                Petitioner,<br>    v.<br>BAKER, et al.,<br><br>                Respondents. | Case No. 3:17-cv-00538-HDM-CBC<br><br>ORDER |

Petitioner Noe Ortega Perez's 28 U.S.C. § 2254 petition for writ of habeas corpus is before the court on several motions for extension of time as well as a motion for leave to file Perez's presentence investigation report under seal. Good cause appearing,

**IT IS ORDERED** that petitioner's four unopposed motions for extension of time to file a first-amended petition (ECF Nos. 12, 13, 14, 16) are all **GRANTED** *nunc pro tunc.*

**IT IS FURTHER ORDERED** that petitioner's motion for leave to file the presentence investigation report under seal (ECF No. 22) is **GRANTED**.

DATED: November 5, 2018.

                                                   /s/ Howard D. McKibben
                                                 HOWARD D. MCKIBBEN
                                                 UNITED STATES DISTRICT JUDGE