# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| NOE ORTEGA PEREZ, | Case No. 3:17-cv-00538-HDM-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BAKER, et al., | |
| Respondents. | |

Noe Ortega Perez's 28 U.S.C. § 2254 petition for writ of habeas corpus is before the court on several motions for extension of time. Good cause appearing,

**IT IS ORDERED** that respondents' three unopposed motions for extension of time to file an answer to the petition (ECF Nos. 25, 26, 27) are all **GRANTED** *nunc pro tunc*.

DATED: June 6, 2019.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

1