UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NOE ORTEGA PEREZ,<br><br>　　　　　　Petitioner,<br>v.<br>BAKER, et al.,<br><br>　　　　　　Respondents. | Case No. 3:17-cv-00538-HDM-VPC<br><br>ORDER |

Noe Ortega Perez's 28 U.S.C. § 2254 petition for writ of habeas corpus is before the court on several motions for extension of time. Good cause appearing,

**IT IS ORDERED** that petitioner's four unopposed motions for extension of time to file a reply in support of the petition (ECF Nos. 32, 33, 34, 36) are all **GRANTED** *nunc pro tunc.*

DATED: March 16, 2020.

*/s/ Howard D. McKibben*
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

1