UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NOE ORTEGA PEREZ,

      Petitioner,

 v.

BAKER, WARDEN, et al.,

      Respondents.

Case No. 3:17-cv-00538-HDM-CLB

ORDER

  The petitioner in this counseled habeas petition has filed a *pro se* motion for relief pursuant to Federal Rule of Civil Procedure 60(b) (ECF No. 53). Respondents move to strike the pleading as improperly filed in violation of Local Rule IA 11-6(a), which prohibits the filing of *pro se* documents where a party is represented by counsel (ECF No. 54). The petitioner has not responded to the motion to strike, and the time for doing so has expired.

  Because the petitioner remains represented by counsel in this matter and no motion to withdraw counsel has been filed, the respondents' motion to strike (ECF No. 54) is hereby GRANTED. The petitioner's motion for relief from judgment (ECF No. 53) is therefore STRICKEN. The striking of the document is without prejudice to the filing of a new motion either by counsel of record or by the petitioner *pro se* after a withdrawal of current counsel.

  IT IS SO ORDERED.

  DATED: This 19th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE